# In the United States Court of Federal Claims

ENNIS H. PRATCHER )
HER )
_____ ) & OPP
Plaintiff(s), )
)   Case No. 2  VIA. BACK PAY
v. )
)   Judge  19-38 C
THE UNITED STATES, )
)
                 Defendant. )
DEPARTMENT of VETERANS )
AFFAIRS

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.*, 28 U.S.C. §§ 1491-1509).

Here is what I have, from V.A ANN ARbor HEALTH CARE SYSTEM CASE One. Retroactive from 1992 To 1974 back pay. It appeared to be discrimination all thought this a case

*Case 2*

2. **PARTIES**

Plaintiff, ENNIS H. PRATCHER, resides at TOLEDO OH
(Street Address)

1309 GIRARD ST TOLEDO OH , 419 693 5673
(City, State, ZIP Code)         (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?  ◯ Yes  ●No

If yes, please list the case(s) below, including case number(s):

3. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

I had marks on my shoulders, pain in neck an shoulder, I believe before I die to pre pair for a good funeal. the back pay from 1974 to 1992 from my VA claim.

A-6

4. **RELIEF.** Briefly state exactly what you want the court to do for you.

_Take care of all the paper work then sue or replay_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __24__ day of __DEC__, __2018__
        (day)         (month)      (year)

_Ennis H. Pratcher_
Signature of Plaintiff(s)

A-7